IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHRISTIE MCHONE, and
ORANDE ANDERSON                                                            PLAINTIFFS

V.                         NO. 3:12-CV-0008-JMM

DIAMOND S. EXPRESS INC.,
M. C. MAUNEY, Individually and in His
Capacity As Sole Shareholder, Officer and
Director of DIAMOND S. EXPRESS INC.,
THOMAS A. YOUNG, as Special
Administrator For The Estate of
Jessie D. Whirley, Deceased, and JOHN DOE 1,
JOHN DOE 2, and JOHN DOE 3                                                 DEFENDANTS

ORDER GRANTING
DEFENDANTS' MOTION TO POSTPONE TRIAL AND EXTEND SCHEDULING
ORDER DEADLINES PURSUANT TO STAY AND INJUNCTION

The Court finds that the December 6, 2012 Motion of Diamond S. Express, Inc., M.C. Mauney (individually), and Jessie D. Whirley (Deceased) to Postpone Trial and Extend Scheduling Order Deadlines Pursuant to Stay and Injunction (Doc. # 27) is well taken and is hereby GRANTED as follows:

Consistent with the Agreed Order Appointing Rehabilitator and Permanent Injunction entered on December 4, 2012 in the District Court of Travis County, Texas (D-1-GV-12-001713), the February 4, 2013 trial date for the case pending before this Court is postponed, and all scheduling deadlines are extended until such time as the stay and injunction is lifted, or such other time as is ordered by this Court. The Defendants are directed to file a status report with the Court thirty (30) days from the date of this Order and every thirty days thereafter and within five (5) days after the stay has been lifted in the Texas bankruptcy proceedings.

IT IS SO ORDERED this 19th day of December, 2012.

                                                         */s/ James M. Moody*
                                                         James M. Moody
                                                         United States District Judge